**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ANDREW M. MODRO,**

    **Plaintiff,**

**v.**                                                                 **Case No.: 2:18-cv-900**
                                                                  **JUDGE GEORGE C. SMITH**
                                                                  **Magistrate Judge Vascura**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## **ORDER**

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on May 6, 2019, recommending that the Court overrule Plaintiff's Statement of Errors and Affirm the Commissioner of Social Security's decision. (Doc. 20). The time for filing objections to the *Report and Recommendation* has passed, and no objections have been filed to the *Report and Recommendation*. Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*. Plaintiff's Statement of Errors is hereby **OVERRULED** and the decision of the Commissioner of Social Security is **AFFIRMED**.

The Clerk shall remove Document 20 from the Court's pending motions list and enter final judgment in this case.

        **IT IS SO ORDERED.**

                                                      */s/ George C. Smith*
                                                    **GEORGE C. SMITH, JUDGE**
                                                    **UNITED STATES DISTRICT COURT**